IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dilworth, Shelonda V

Printed: 12/28/07

Case Number: 06 B 17105
Judge: Squires, John H
Filed: 12/24/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 14, 2007
Confirmed: April 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 855.00 |  |
| Secured: |  | 86.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 722.83 |
| Trustee Fee: |  | 46.17 |
| Other Funds: |  | 0.00 |
| Totals: | 855.00 | 855.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,803.00 | 722.83 |
| 2. | Internal Revenue Service | Secured | 2,551.00 | 86.00 |
| 3. | Internal Revenue Service | Priority | 13,183.92 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 532.88 | 0.00 |
| 5. | Gottlieb Memorial Hospital | Unsecured | 15.00 | 0.00 |
| 6. | B-Line LLC | Unsecured | 75.83 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 1,289.14 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 190.23 | 0.00 |
| 9. | Triad Financial Services | Unsecured | 1,333.83 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 144.32 | 0.00 |
| 11. | Midwest Verizon Wireless | Unsecured | 70.50 | 0.00 |
| 12. | Triad Financial Services | Unsecured | 599.25 | 0.00 |
| 13. | Sprint Nextel | Unsecured | 30.06 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 36.99 | 0.00 |
| 15. | Peoples Energy Corp | Unsecured | 24.06 | 0.00 |
| 16. | B-Line LLC | Unsecured | 73.80 | 0.00 |
| 17. | Internal Revenue Service | Unsecured |  | No Claim Filed |
| 18. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 19. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 20. | AT&T | Unsecured |  | No Claim Filed |
| 21. | Acme Credit Services | Unsecured |  | No Claim Filed |
| 22. | FCNB Master Trust | Unsecured |  | No Claim Filed |
| 23. | First Premier | Unsecured |  | No Claim Filed |
| 24. | First Premier | Unsecured |  | No Claim Filed |
| 25. | Hsbc Nv | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dilworth, Shelonda V | | Case Number: 06 B 17105 |
|---|---|---|---|
| | | | Judge: Squires, John H |
| | Printed: 12/28/07 | | Filed: 12/24/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Applied Card Bank | Unsecured | | No Claim Filed |
| 27. | IC System Inc | Unsecured | | No Claim Filed |
| 28. | Midwestern Telecommunications | Unsecured | | No Claim Filed |
| 29. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 30. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 31. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 32. | Village Radiology, Ltd. | Unsecured | | No Claim Filed |
| 33. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 34. | CB&T | Unsecured | | No Claim Filed |
| 35. | Chase | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,953.81 | $ 808.83 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 46.17 |
| | _____ |
| | $ 46.17 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

